IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF  :  CASE NO.  3:15 MJ 233

514 FORRER BOULEVARD, APARTMENT B
DAYTON, OHIO 45419

### ORDER SEALING APPLICATIONS, SEARCH WARRANTS, SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned case be sealed and kept from public inspection.

7-8-16
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE